UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RUI PIRES,                                          :

                                                 :    ORDER
                    Plaintiff,        20 Civ.1612 (LTS) (GWG)
                                                 :

   -v.-

                                               :
UOB HOLDINGS (USA) INC.,
                                               :

                   Defendant.    :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     Plaintiff's attorney, Richard Liebowitz, has been suspended from the practice of law in this Court. Accordingly, plaintiff in this matter must either hire a new attorney or appear without an attorney (that is, "pro se."). The Court will allow plaintiff 30 days to retain a new attorney.

     If a new attorney does not file a notice of appearance by February 8, 2021, plaintiff must file a letter by February 8, 2021, stating either (1) that he intends to represent himself or (2) he does not wish to pursue this case. Plaintiff may file the letter by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov
In the alternative, the letter may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

     <u>If plaintiff does not comply with this Order, this case may be dismissed.</u>

     The Clerk is directed to (1) add the plaintiff's name and address below to the docket sheet and (2) mail a copy of this Order to plaintiff.

Rui Pires
Rua do Casal, 165
IIhavo 3830-158
Portugal.

     SO ORDERED.

Dated: January 8, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge