UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUI PIRES,                                          :

                                       :   ORDER
              Plaintiff,          20 Civ.1612 (LTS) (GWG)
                                       :

  -v.-

                                       :
UOB HOLDINGS (USA) INC.,
                                       :

             Defendant.         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff shall file any motion for a default judgement on or before February 19, 2021. The motion shall be returnable before Judge Swain and must comply with her Individual Practices.

      SO ORDERED.

Dated:  January 28, 2021
          New York, New York

                                                                      _____
                                                                    GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge