UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUI PIRES,

                Movant,

        -against-

UOB HOLDINGS (USA) INC.,
                Respondent.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2022

20 CIVIL 1612 (LTS)(GWG)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Order dated March 28, 2022, Plaintiff's motion for default judgment is granted. Plaintiff is awarded damages as follows: (1) $1,075.00 in actual damages for violation of the Copyright Act, (2) $5,000.00 in statutory damages for violation of the DMCA, (3) $735.00 in attorney's fees, and (4) $440 in costs; accordingly, the case is closed.

**DATED**: New York, New York
            March 28, 2022

                                              **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                                **BY**: _____
                                                 **Deputy Clerk**